

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 XAVIER HICKS,
D-2 JAMES RAMSEY,
D-3 BOBBY PERCY,
D-4 BENJAMIN CARTER,
D-5 DAREARRAUL JACKSON
D-6 JONATHAN GIBSON, and
D-7 ASHLEY PASTERNAK,

        Defendants.
_____/

Case:2:12-cr-20497
Judge: Friedman, Bernard A.
MJ: Majzoub, Mona K.
Filed: 07-31-2012 At 04:52 PM
INDI USA V SEALED MATTER (DA)

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF
## TO SEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order sealing the Indictment in this case, and states:

1. The Indictment in this case charges the defendantS with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

> *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed. R. Crim. P. 6(e)(4).

3. The government requests that the Indictment be sealed because it is concerned that the defendanst may attempt to flee, destroy evidence, or intimidate witnesses if the Indictment becomes a matter of public record before the defendants is are arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment.

Respectfully submitted,

BARBARA L. MCQUADE
*United States Attorney*

Frances Lee Carlson
*Assistant United States Attorney*
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3220
phone:  313-226-9696
e-mail:  frances.carlson@usdoj.gov
bar no.:  P62624

Date: July 31, 2012

**IT IS SO ORDERED.**

HON. LAURIE J. MICHELSON
United States Magistrate Judge

Entered: 7/31/12

- 2 -